**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | | |
|---|---|---|
| SERGIO ZARATE LARA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN GREENE CO. JAIL, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:26-cv-03603-MBB-P |

**ORDER**

Petitioner, who currently is confined at the Greene County Jail in Springfield, Missouri, has filed pro se the present petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. For the reasons explained below, this action is summarily DISMISSED without prejudice as successive and duplicative.

**I. Background**

Petitioner previously filed a § 2241 action in this Court challenging the legality of the same federal detention at issue here. *Zarate Lara v. Warden Greene County Jail, et al.*, Case No. 6:26-cv-03511-MBB (W.D. Mo.) ("Prior Action"), Doc. 1. In the prior action, the Court held that Petitioner's continued detention is proper under § 1225(b)(2)(A) because he is an "applicant for admission" who is "seeking admission," and that his detention pending removal proceedings does not violate procedural or substantive due process. *Id.*, Doc. 7.

The present petition again challenges the legality of Petitioner's confinement arising from his July 30, 2026, detention and again seeks immediate release. Doc. 1. In substance, Petitioner seeks to relitigate the same matters resolved in the prior action and obtain a different result.

**II. Discussion**

In the prior action, Petitioner challenged the same detention, and the action was dismissed after this Court determined that Petitioner was lawfully detained pending removal proceedings. Prior Action, Doc. 7. The present petition alleges the same facts concerning Petitioner's July 30, 2026, detention. Doc. 1 at 2. Petitioner identifies no new judgment, material change in the custody

being challenged, or newly arisen basis for relief that would make this a materially different habeas action.

Accordingly, because this Court already determined the legality of Petitioner's present detention in the prior action, and because the present petition merely attempts to relitigate that determination, this action is subject to dismissal as successive and duplicative under 28 U.S.C. § 2244(a).

## III. Conclusion

For the reasons explained above, it is **ORDERED** that this case is summarily DISMISSED without prejudice as successive and duplicative.

**IT IS SO ORDERED.**

/s/ Megan Blair Benton
MEGAN BLAIR BENTON, JUDGE
UNITED STATES DISTRICT COURT

Dated: October 6, 2026